UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      * | |
| * | |
| Plaintiff,      * | |
| * | CAUSE NO.: EP-10-CR-2213-KC(14) |
| v.      * | |
| * | |
| RAMON RENTERIA      * | |
| a.k.a. "Spook" a.k.a. "Spooky",      * | |
| * | |
| Defendant.      * | |

NOTICE OF EXPERT WITNESSES

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) the Government is providing notice that the Government intends to use the following witnesses as Expert Witnesses during the trial of it's case in chief:

(1) Paul Galat, Senior Forensic Chemist with the Drug Enforcement Administration (DEA) to testify about the analysis and methods used to examine unknown substances to determine what they are and to determine the presence or absence of a controlled substance. He will testify as to his results and conclusions regarding the evidence he tested that were seized and submitted to him related to Case Number 245D-AQ-63435 and Laboratory Case Numbers 6F10426, 6F10427, 6F10428, 6F10429, 6F10430, 6F10385, and 6F10384. A copy of Paul Galat's Curriculum Vitae and lab reports are attached to this notice as Governments' Exhibit A, A-1, A-2, A-3, and A-4. He may be contacted at (972) 559-7917.

(2) Darren Gayne, currently serving as a Drug Enforcement Administration (DEA) Investigative Assistant. Mr. Gayne served as a Forensic Chemist with the DEA South Central Laboratory from February 2006 to March 2012. Mr. Gayne will testify about the analysis and methods used to examine unknown substances to determine what they are and to determine the presence or absence of a controlled substance. He will testify as to his results and conclusions regarding the evidence he tested that were seized and submitted to him related to Laboratory Case Number 6F10397 pertaining to file number 245D-EP-38750. A copy of Darren Gayne's Curriculum Vitae and the lab report are attached to this notice as Governments' Exhibit B and B-1. He may be contacted at (817) 837-2012.

(3)  Gerald T. Skowronski, Senior Forensic Chemist with the Drug Enforcement Administration (DEA) to testify about the analysis and methods used to examine unknown substances to determine what they are and to determine the presence or absence of a controlled substance.  He will testify as to his results and conclusions regarding the evidence he tested that is referenced in Case Number I7-07-0040. He will testify as to his results and conclusions regarding the evidence he tested that was seized and submitted to him related to Laboratory Case Number 174553, 174554, and 174555.  A copy of the lab report and Gerald T. Skowronski's Curriculum Vitae is attached to this notice as Governments' Exhibit C and C-1. He may be contacted at 312-353-0224.

(4)  Marissa Lenore Silva, Forensic Scientist I/II-III, Texas Department of Public Safety, Midland, Texas to testify about the analysis and methods used to examine unknown substances to determine what they are and to determine the presence or absence of a controlled substance.  She will testify about her results and conclusions regarding the evidence she tested in agency case number 1007867 and
Laboratory Case Number L4M69246. A copy of Marrissa Lenore Silva's Curriculum Vitae and the lab report is attached to this notice as Governments' Exhibit D and D-1.  She may be contacted at 432-498-2394.

(5) Detective Andres Sanchez El Paso Police Department Gang Investigations. Detective Sanchez will testify the Barrio Azteca Criminal Enterprise/Gang based upon his training and experience as a Law Enforcement Officer.

Detective Sanchez will provide information regarding history, membership, organizational structure, disciplinary tactic, origin and purpose of the enterprise, and continuity of personnel of the Barrio Azteca Criminal Enterprise.

Detective Sanchez will also testify about how the Barrio Azteca Criminal Enterprise/Gang Activity affects interstate and foreign commerce.

Detective Sanchez will testify about the methods the Barrio Azteca uses to collect a (cuota) or tax from people selling and distributing controlled substances in Barrio Azteca controlled areas.  Detective Sanchez will testify about how the tax collected by the Barrio Azteca is used to support Gang Members in prison and/or on the streets.  Detective Sanchez will also testify about how the street tax is used to purchase more controlled substances and weapons to protect drug trafficking routes.  Detective Sanchez will further testify about types of tattoo's, coded language, forms of communication, and rules used by the Barrio Azteca and
their meaning within the Barrio Azteca Criminal enterprise/Gang.  Additionally, Detective Sanchez will testify as to the organizational structure of drug trafficking organizations to include the Barrio Azteca Criminal Enterprise/Gang and La Linea/Juarez Cartel.

Detective Sanchez will also testify regarding the distribution methods and importation methods used by these drug trafficking organizations. He may be contacted at (915) 564-7149. Detective Andres Sanchez will testify about these matters based upon his training and experience. A copy of Detective Andres Sanchez's Curriculum Vitae is attached to this Notice of Expert Witnesses as Government's Exhibit E.

Respectfully submitted,

| | |
|---|---|
| ROBERT PITMAN | LANNY A. BREUER |
| UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| /s/ | /s/ |
| George Leal | Brian Skaret |
| Assistant United States Attorney | Trial Attorney |
| Texas State Bar No. 00794150 | Colorado Bar No. 034073 |
| 700 East San Antonio, Suite 200 | United States Department of Justice |
| El Paso, TX 79901 | Criminal Division |
| | Human Rights and Special Prosecutions |
| | 1301 New York Avenue, NW, Suite 200 |
| | Washington, DC 20530 |

        /s/
Joseph A. Cooley
Trial Attorney
United States Department of Justice
Criminal Division, Gang Unit
950 Pennsylvania Avenue, NW
Washington, DC 20530

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2012, a true and correct copy of the foregoing instrument was sent to Defense Counsel, SCOTT FOSTER, via the ECF filing system.

By:    /s/
GEORGE LEAL
Assistant United States Attorney